FORM 1 VOLUNTARY PETITION

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF | VOLUNTARY<br>PETITION |
|---|---|
| IN RE (Name of debtor-if individual, enter Last, First, Middle)<br>Waldman, Henry J. | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all)    0848 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br><br>499 College Road<br>Lake Forest, IL. 60045          Lake<br>COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip)<br><br>COUNTY OF RESIDENCE OR<br>PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | Debtor has been domiciled or has had a residence, principal place of business or principal assets in this<br>[X] District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>There is a bankruptcy case concerning debtor's affiliate,<br>[ ] general partner or partnership pending in this District. |

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| | |
|---|---|
| TYPE OF DEBTOR<br>[X] Individual          [ ] Corporation Publicly Held<br>[ ] Joint (H&W)          [ ] Corporation Not Publicly Held<br>[ ] Partnership          [ ] Municipality<br>[ ] Other _____<br><br>NATURE OF DEBT<br>[X] Non-Business Consumer  [ ] Business--Complete A&B<br><br>A. TYPE OF BUSINESS (check one box)<br>[ ] Farming          [ ] Transportation  [ ] Commodity Broker<br>[ ] Professional      [ ] Manufacturing/  [ ] Construction<br>[ ] Retail/Wholesale        Mining        [ ] Real Estate<br>[ ] Railroad          [ ] Stockbroker    [ ] Other business<br><br>B. BRIEFLY DESCRIBE NATURE OF BUSINESS | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)<br>[X] Chapter 7    [ ] Chapter 11    [ ] Chapter 13<br>[ ] Chapter 9    [ ] Chapter 12    [ ] §304--Case Ancillary to<br>                                      Foreign Proceeding<br><br>FILING FEE (Check one box)<br>[X] Filing Fee attached.<br>[ ] Filing fee is said to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3 |
| | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>the Law Office of Ilene F. Goldstein<br>425 Huehl Road Suite 16B<br>Northbrook, IL. 60062<br><br>Telephone No. (847) 498-9595 |
| | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR  Ilene F Goldstein<br><br>[ ] Debtor is not represented by an attorney |

STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. §604)
(Estimates only)(Check applicable boxes)

[ ] Debtor estimates that funds will be available for distribution to unsecured credito
[ ] Debtor estimates that after any exempt property is excluded and administrative
there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
[ ] 1-15   [X] 16-49   [ ] 50-99   [ ] 100-199   [ ] 200-999   [ ] 1000-over

ESTIMATED ASSETS (in thousands of dollars)
[X] Under 50 [ ] 50-99 [ ] 100-499 [ ] 500-999 [ ] 1000-9999 [ ] 10,000-99,999 [ ] 1(

ESTIMATED LIABILITIES (in thousands of dollars)
[ ] Under 50 [ ] 50-99 [X] 100-499 [ ] 500-999 [ ] 1000-9999 [ ] 10,000-99,999 [ ] 1(

ESTIMATED NUMBER OF EMPLOYEES--CH. 11 & 12 ONLY
[ ] 0      [ ] 1-19   [ ] 20-99   [ ] 100-999   [ ] 1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLDERS--CH 11 & 12 ONLY
[ ] 0      [ ] 1-19   [ ] 20-99   [ ] 100-499   [ ] 500-over

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/07/2004
Time: 15:49:14
Debtor: HENRY J WALDMAN
Case: 04-21787        Fee : 209
Chapter: 7 Rec. # : 3084603
Judge: A Benjamin Goldgar
341 mtg: 07/29/2004 @ 01:30PM
Trustee: JOEL SCHECHTER

1:04BK21787-BK001

In re: _____   Debtor(s)   Case No. _____   (Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.
[ ] A copy of debtor's proposed plan dated _____   [ ] Debtor intends to file a plan within the time allowed
    is attached.       by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (if more than one, attach each additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

## PENDING BANKRUPTCY CASE FILED BY AN SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

X _Ilene F. Goldstein_ _____   ATTORNEY Date _June 3, 2004_
Signature

| INDIVIDUAL/JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that filing of this petition on behalf of the debtor has been authorized. |
| X _signature_ | X _____ |
| Signature of Debtor | _____ Print |
| Date 6-03-04 | or Type Name of Authorized Individual |
| X _____ | _____ Title |
| Signature of Debtor | of Individual Authorized by Debtor to File Petition |
| Date | Date |

EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under Chapter 11.)
[ ] Exhibit "A" is attached and made a part of this petition.

## TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 §322)

I am aware that I may proceed under Chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.
If I am represented by an attorney, exhibit "B" has been completed.

X _signature_ _____   Date 6-03-04
Signature of Debtor

X _____   Date
Signature of Joint Debtor

EXHIBIT "B" (To be completed by an attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _Ilene F. Goldstein_ _____   Date 6-03-04
Signature of Attorney

## SCHEDULE A--REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total--- > | |

## SCHEDULE B--PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM |
|---|---|---|---|---|
| 1. Cash on hand | | $20.00 | | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in bank, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses or cooperatives. | | $100.00 TCF Bank | | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4. Household goods and furnishings including audio, video, and computer equipment. | | $200.00 | | $200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | $100.00 | | $100.00 |
| 6. Wearing apparel. | | Necessary and Ordinary | | $50.00 |
| 7. Furs and Jewelry | X | | | |
| 8. Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

In Re                                         Debtor(s)   Case No.                    (if known)

SCHEDULE B--PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Cook County Retirement Account | | $1839.09 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | | Sale of Marital Residence in 2007 50% interest | | Currently minimal to no value |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated values of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 98 Mitsubishi | | $2135.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | | | | |
| 26. Office equipment furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops-growing or harvested. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farms supplies, chemicals and feed. | | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules) Total--> $ _____
_____ continuation sheets attached.

COPY

## UNIFORM RESIDENTIAL APPRAISAL REPORT

| | |
|---|---|
| Property Address 728 Franklin Avenue | City Winthrop Harbor   State IL   Zip Code 60096   File No. 03030084 |
| Legal Description SUBDIVISION OF LOT 8 WINTHROP HARBOR, LOT 20-23 BLOCK 9 | County Lake |
| Assessor's Parcel No. 04-30-111-021,022,023,024-0000 (4 parcels) | Tax Year 2001   R.E. Taxes $ 2,855.44   Special Assessments $ N/A |

### GENERAL DESCRIPTION

| | | | | | |
|---|---|---|---|---|---|
| No. of Units | One | Foundation | Concrete | Slab | No |
| No. of Stories | 1.5 | Exterior Walls | Stucco | Crawl Space | No |
| Type (Det./Att.) | Detached | Roof Surface | Asph. Sh. | Basement | Yes - 100% |
| Design (Style) | 1.5 Story | | Aluminum | Sump Pump | Yes |

### INTERIOR / Materials/Condition

| | |
|---|---|
| Floors | Carpet/Average |
| Walls | Plaster/Average |
| Trim/Finish | Stained/Average |
| Bath Floor | Tile/Average |
| Bath Wainscot | Tile/Average |
| Doors | Wood/Average |

PAGE 1 OF 2

Sent By: HP LaserJet 3100;    Doc 1    Filed 06/07/04   Entered 06/07/04 15:47:00   Desc 2-Petition    Page 3/3
Case 04-21787;    847 036 07;    Sep 10 03 09:46;    Page 6 of 28

FROM : BFAPC                    PHONE NO. : 847 5667540              Sep. 10 2003 03:14PM P3

# UNIFORM RESIDENTIAL APPRAISAL REPORT

File No. 03030084

**Valuation Section**

ESTIMATED SITE VALUE................................................ = $  35,000

ESTIMATED REPRODUCTION COST-NEW OF IMPROVEMENTS:

Comments on Cost Approach (such as, source of cost estimate, site value, square feet calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property):
Cost approach based on the Marshall & Swift Residential cost service. Estimated site value based on sales, listings. assessors records and/or extraction method.
Estimated remaining economic life: 30 years

| | | | |
|---|---|---|---|
| Dwelling | 1,353 Sq. Ft. @ $ 85.00 | = | 115,855 |
| Porch 664 | Sq. Ft. @ $ 35.00 | = | 23,240 |
| Porch | | = | 8,000 |
| Garage/Carport 524 | Sq. Ft. @ $ 20.00 | = | 11,050 |
| Total Estimated Cost New | | = $ | 158,175 |
| Less  50 Physical Functional External | Est. Remaining Econ. Life: 35 | | |
| Depreciation $59,015 / $2,611 | | = $ | 60,627 |
| Depreciated Value of Improvements........................... | | = $ | 95,548 |
| "As-is" Value of Site Improvements........................... | | = $ | 8,000 |
| INDICATED VALUE BY COST APPROACH........................... | | = $ | 185,500 |

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 736 Franklin Avenue  Winthrop Harbor | 912 S. Park Avenue  Winthrop Harbor | | 1423 3rd Street  Winthrop Harbor | | 601 Whitney Avenue  Winthrop Harbor | |
| Proximity to Subject | | 0.29 miles | | 0.58 miles | | 0.20 miles | |
| Sales Price | Refinance | | 136,000 | | 163,000 | | 137,000 |
| Price/Gross Liv. Area | 0.00 | $ 99.29 | | $ 141.49 | | $ 115.91 | |
| Data and/or Verification Sources | Inspection,  deed records | 02219771 MLSNI  5099521 deed records | | 02241571 MLSNI  deed records | | 02143099 MLSNI  5072942 deed records | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment | DESCRIPTION | +(-)$ Adjustment |
| Sales or Financing Concessions | | Conventional  at market | | Conventional  at market | | Conventional  at market | |
| Date of Sale/Time | N/A | 11-02/ 33 DOM | | 01-03/ 73 DOM | | 10-02/ 128 DOM | |
| Location | Average | Average | | Average | | Average | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 100 X 110 | 125 x 134 | | 104 x 308 | -5,000 | 87x140x70x149 | 8,000 |
| View | Residential/Avg. | Residential/Avg. | | Residential/Avg. | | Residential/Avg. | |
| Design and Appeal | 1.5- story/Avg. | 1.5- story/Avg. | | 1.5- story/Avg. | | 1.5- story/Avg. | |
| Quality of Construction | Stone / Good | Wood / Average | 5,000 | Cedar / Good | | AVR / Average | 3,000 |
| Age | 85 | 72 | | 73 | | Average | |
| Condition | Average | Average (minus) | 3,000 | Average | | Average | |
| Above Grade | Total Bdrms Baths | Total Bdrms Baths | | Total Bdrms Baths | | Total Bdrms Baths | |
| Room Count | 20 6 3 1.00 | 6 3 2.00 | -9,000 | 6 3 1.00 | | 6 3 2.00 | -3,000 |
| Gross Living Area | 1,353 Sq.Ft. | 1,404 Sq.ft. | | 1,152 Sq.Ft. | 4,000 | 1,182 Sq.Ft. | 6,000 |
| Basement & Finished Rooms Below Grade | Basement  Rec. Room | Basement  Unfinished | 3,000 | Basement  Rec. Room, Bath | -3,000 | Partial Basement  Unfinished | 3,000 |
| Functional Utility | Average | In-law/Good | -3,000 | Average(plus) | -3,000 | Outbuilding/Good | -2,000 |
| Heating/Cooling | Gas FWA /None | Radiant/ None | | Gas FWA C/Air | -2,000 | Gas FWA C/A | -2,000 |
| Energy Efficient Items | None | None | | None | | None | |
| Garage/Carport | Garage- 2 car | None | 8,000 | Garage-3 car | -3,000 | Garage-2 car | -3,000 |
| Porch, Patio, Deck, Fireplace(s), etc. | Porch  None | Porch  None | | Porch  None | 3,000 | Porch  None | |
| Fence, Pool, etc. | None | None | | None | | None | |
| Modernization | Average | Average(minus) | 2,000 | Good | -5,800 | Average | |
| Net Adj. (total) | | X + - $ | 10,000 | + X - $ | 15,000 | X + - $ | 8,000 |
| Adjusted Sales Price of Comparable | | $ | 146,000 | $ | 160,000 | $ | 145,000 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):  See Attached Addendum.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source for prior sales within year of appraisal | None  MLSNI  deed records | None  MLSNI  deed records | 04/20/99, $125,000  4340834  deed records | None  MLSNI  deed records |

Analysis of any current agreement of sale, option, or listing of the subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:
No reported sale of the subject or comparable sales within the last year in the MLSNI or deed records.  No previous reported listing of the subject within the last year in the MLSNI.

INDICATED VALUE BY SALES COMPARISON APPROACH.............................. $  146,000

INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ N/A /Mo. x Gross Rent Multiplier N/A = $  N/A

This appraisal is made  ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans and specifications.

Conditions of Appraisal:  No title policy nor legal description was available for review. This complete appraisal in a summary report is intended for use by the lender client and/or their address for a mortgage finance transaction only and not for any other uses.

Final Reconciliation:  Sales comparison (market) approach to value is the best indicator of the subject's market value.  The cost approach supports the market approach. Income approach was not used due to the lack of relevant rental data.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/Fannie Mae Form 1004B (Revised   6-93  ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF  03/26/2003  (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $  146,000

| APPRAISER: | SUPERVISORY APPRAISER (ONLY IF REQUIRED): |
|---|---|
| Signature | Signature |
| Name Brian D. Morgan | Name Thomas Neberieza |
| Date Report Signed 04/03/2003 | Date Report Signed 04/03/2003 |
| State Certification # | State Certification # 158-001292 |
| Or State License # 154-007022 State IL. | Or State License # State |
| | ☐ Did ☒ Did Not Inspect Property |

In re:                                          Debtor(s)      Case No.           (If known)

## SCHEDULE C--PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

[ ] 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d).  Note: These exemptions are only available in certain states.
[ ] 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Cash on Hand | 735 ILCS 5/12-1001(b) | $10.00 | $10.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Household Goods | 735 ILCS 5/12-1001(b) | $200.00 | $200.00 |
| Compact discs and Misc. Pictures | 735 ILCS 5/12-1001(b) | $100.00 | $100.00 |
| Retirement Account | 735 ILCS 5/12-1006 (a) - (d) | 100% ( Unknown) | Unknown |
| Wearing Apparel | 735 ILCS 5/12-1001(b) | $50.00 | $50.00 |
| 1998 Mitsubishi | 735 ILCS 5/12-1001(c) | $1200.00 | $2135.00 |
| Residence | 735ILCS 5/12-901 | $7,500.00 | $7,500.00 |

In re:                                          Debtor(s)          Case No.                (If known)

## SCHEDULE D--CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|
| ACCOUNT NO.10004048686009001 Mitsubishi Motors of America Inc PO Box 0555 Carol Stream, IL. 60132-0555 | | VALUE  $2135.00 | | $ 7,431.75 | $5,296.75 |
| ACCOUNT NO. | | VALUE $ | | | |
| ACCOUNT NO. | | VALUE$ | | | |
| ACCOUNT NO. | | VALUE $ | | | |
| ACCOUNT NO. | | VALUE $ | | | |
| ACCOUNT NO. | | VALUE $ | | | |

SUBTOTAL ---> $ 7,431.75
(Total of this page)

_____ continuation sheets attached

TOTAL ---> $
(Use only on last page)

In re:                                                          Debtor(s)          Case No.                                    (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.
TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐       Extensions of credit in an involuntary case
        Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the
        appointment of a trustee or the order for relief.  11 U.S.C. §507(a)(2).

☐       Wages, salaries, and commissions
        Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee,
        earned within 90 days immediately preceding the filing of the original petition, or the cessation of business whichever occurred first, to the extent provided
        in 11 U.S.C. §507 (a)(3)

☐       Contributions to employee benefit plans
        Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of
        business, whichever occurred first, to the extent provided in 11 U.S.C. §507(a)(4).

☐       Certain farmers and fishermen
        Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

☐       Deposits by individuals
        Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use,
        that were not delivered or provided.  11 U.S.C. §507(a)(6)

☐       Taxes and Certain Other Debts Owed to Governmental Units
        Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(7)

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| | | | | | | |
| ACCOUNT NO. | | | | | | |
| | | | | | | |
| ACCOUNT NO. | | | | | | |
| | | | | | | |
| ACCOUNT NO. | | | | | | |
| | | | | | | |
| ACCOUNT NO. | | | | | | |
| | | | | | | |

Subtotal ->
(Total of this page)                          $

_____ Continuation sheets attached

Total ->                          $
(Report total also on summary of Schedules)

(use only on last page of the completed Schedule E.)

In re: _____ _____  Debtor(s)      Case No. _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO 5480420009692359.<br><br>AFSCME Mastercard<br>PO Box 17051<br>Baltimore, MD. 21297-1051 | | | Various Purchases | | $5,648.06 |
| ACCOUNT NO.001196451-A490-001270<br><br>Armor Systems Corp.<br>2322 N. Green Bay Road<br>Waukegan, IL. 60087 | | | Tickets | | $100.00 |
| ACCOUNT NO.<br><br>Michael Barnett<br>805 Thackey<br>Highland Park, IL. 60035 | | | Personal Loan | | $10,000.00 |
| ACCOUNT NO.<br>4305722094448746<br><br>Capitol One<br>PO Box 60000<br>Seattle, WA. 98190-6000 | | | Various Purchases | | $1708.07 |
| ACCOUNT NO.<br>5291492174532628<br><br>Capitol One<br>PO Box 60000<br>Seattle, WA. 98190-6000 | | | Various Purchases | | $4404.18 |
| ACCOUNT NO.5291492174532628<br><br>Triadvantage<br>1160Centre Pointe Drive Suite 1<br>Mendota Heights, MN. 55120 | | | Notice only Collection for Capitol One | | |
| ACCOUNT NO.7189121<br><br>Collection Company of America<br>PO Box 608<br>Tinley Park, IL. 60477 | | | Collection for SBC | | $212.63 |
| ACCOUNT NO.010100008798100560030949<br><br>Comcast Cable c/o Credit Protection<br> PO Box 173885<br>Denver, CO. 80217-3885 | | | Collection | | $145.77 |

| ACCOUNT NO. 7207564 | | Collection for Jewel- Osco | $46.01 |
|---|---|---|---|
| Harvard Collection Services INC.<br>4839 Elston Ave<br>Chicago, IL. 60630-2534 | | | |

|  |  | Subtotal -><br>(Total of this page) |  |
|---|---|---|---|

_____ Continuation Sheets attached

(use only on last page of the completed Schedule F.)

| | Total -> (Report total also on summary of Schedules) | $ |
|---|---|---|

In re:                          Debtor(s)          Case No.                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. | | | Personal Loan | | $1000.00 |
| Mary Garner<br>220 Evolution<br>Highwood, IL. 60040 | | | | | |
| ACCOUNT NO.3851812 | | | Purchases | | $126.78 |
| Hinkley Spring Water Co.<br>PO. Box 1888<br>Bedford park, IL. 60499-1888 | | | | | |
| ACCOUNT NO MA0697466. | | | Purchases | | $73.55 |
| International Readers League of Deefield BeachINC.<br>PO Box 1188<br>Deerfield Beach, FL. 33443-1188 | | | | | |
| ACCOUNT NO. 161G | | | Dental Work | | $4050.00 |
| Barry M. Karlov D.D.S.<br>1535 Lake Cook Road Suite 107<br>Northbrook, IL. 60062 | | | | | |
| ACCOUNT NO. 0500033992612 | | | Gas Bill | | $279.46 |
| Peoples Energy<br>PO. Box 0<br>Chicago, IL. 60690-3991 | | | | | |
| ACCOUNT NO. 4559508218292042 | | | Various purchases | | $2119.79 |
| Providian Processing Service<br>PO. Box 660548<br>Dallas, Tx. 75266-0548 | | | | | |

In re:                                       Debtor(s)        Case No.              (If
                                                                                    known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO.N715653<br><br>Michael E. Sturch<br>1440 N State Parkway Apt. 19C<br>Chicago, IL.60610 | | | Loan | | $75,000.00 |
| ACCOUNT NO 924944449690<br><br>Retailers National Bank<br>PO. Box 59231<br>Minneapolis, MN. 55459-0231 | | | Various Purchases | | $361.72 |
| ACCOUNT NO<br><br>Eva Waldman<br>750 N. Dearborn Apt. 1011<br>Chicago, IL. 60610 | | | Loan | | $3,000.00 |
| ACCOUNT NO.P418603<br><br>Jeffery Waldman<br>617 N. Dickens Ave.<br>Chicago, IL. 60614 | | | Loan | | $25,000.00 |
| ACCOUNT NO.6012500116945371<br><br>Donald Wilson<br>10310 Rosemount Court<br>Ft. Meyers, FL | | | Loan | | $1500.00 |
| ACCOUNT NO5410581123116313<br><br>Focus Receivables Management LLC<br>PO Box 725069<br>Atlanta, GA. 31139 | | | Notice for Worldwide Asset and Direct Merchants Credit Card | | $13,042.27 |
| ACCOUNT NO. | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ACCOUNT | | Loan | | | $1000.00 |
| Terry and Mindy Zis<br>2134 N Winchester<br>Chicago, IL. | | | | | |
| ACCOUNT NO | | Notice | | | $500.00 |
| Terry Abrahamson<br>840 Hutchinson<br>Chicago, IL. 60613 | | | | | |

Subtotal -> $
(Total of this page)

_____ Continuation Sheets attached

(use only on last page of the completed Schedule F.)

(Report total also on summary of Schedules)

Total -> $

---

In re:                                     Debtor(s)          Case No.                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITORS NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO 5410581123116313 | | | Notice Only | | $10,944.00 |
| Direct Rewards<br>PO Box 550680<br>Jacksonville, FL. | | | | | |
| ACCOUNT NO.4305722094448746 | | | Notice for Capitol One | | $2223.00 |
| Alegis Group LP<br>PO Box 741011<br>Houston, TX. 77274 | | | | | |
| ACCOUNT NO. | | | | | |

| ACCOUNT NO. | | | Notice Only | | Unknown |
|---|---|---|---|---|---|
| Helene Waldman<br>1456 Glencoe<br>Highland Park, IL. 60035 | | | | | |
| ACCOUNT NO. | | | Loan | | $2500.00 |
| Mark Remer<br>6307 Rockhurst drive<br>San Diego, CA. | | | | | |
| ACCOUNT NO. | | | Loan | | $5000.00 |
| Scott Schumer<br>36 Scott Loop<br>Highland Park, IL. 60035 | | | | | |
| | | | Subtotal -><br>(Total of this page) | | |
| Sheet no.     of       sheets attached to<br>Schedule of Creditors Holding Nonpriority<br>Claims.<br><br>(use only on last page of the completed Schedule F.) | | | (Report total also on summary of Schedules) | Total -> | $ |

In re:                                    Debtor(s)        Case No.            (If known)

## SCHEDULE G--EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[ ] Check this box if debtor has no executory contracts or expired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL PROPERTY.  STATE CONTRACT NUMBER IF ANY GOVERNMENT CONTRACT |
|---|---|
|  |  |

In re:                                              Debtor(s)          Case No.              (If known)

### SCHEDULE H--CODEBTORS

[ ] Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re: _____   **Debtor(s)**   Case No. _____   **(If known)**

## SCHEDULE I--CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDANTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|
| DEBTOR'S MARITAL STATUS: Divorced | NAMES<br>Douglas | AGE<br>16 | RELATIONSHIP<br>Son |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| OCCUPATION | Clerk | |
| NAME OF EMPLOYER | Cook County | |
| HOW LONG EMPLOYED | | |
| ADDRESS OF EMPLOYER | 5600 Old Orchard Road Skokie, IL. 60077 | |

| Income: (Estimate of average monthly income) | Debtor | Spouse |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 2360.00 | $ |
| Estimated monthly overtime | $ | $ |
| **SUBTOTAL** | $ 2360.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (Specify): | $ | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 580.44 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependants listed above | $ | $ |
| Social security or other government assistance (Specify) | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) | $ | $ |
| (Specify) | $ | $ |
| **TOTAL MONTHLY INCOME** | $ 1780.00 | $ |
| **TOTAL COMBINED MONTHLY INCOME** | $ | $ |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

In re:                                          Debtor(s)          Case No.          (If known)

## SCHEDULE J--CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 450.00 |
| Any real estate taxes included?          Yes _____   No _____ | $ |
| Is property insurance included?          Yes _____   No _____ | $ |
| Utilities          Electricity and heating fuel | $ 75.00 |
|                     Water and sewer | $ 65.00 |
|                     Telephone | 52.00 |
|                     Other   Clothes and Misc. expenses for son | $ 200.00 |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 400.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 75.00 |
| Medical and dental expenses | $ 25.00 |
| Transportation (not including car payments) | $ 120.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 15.00 |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | $ |
|                     Homeowner's or renter's | $ |
|                     Life | $ |
|                     Health | $ |
|                     Auto | $ 100.00 |
|                     Other   Grooming & Stamps | $ 50.00 |
| Taxes (not deducted from wages or in home mortgage payments) | |
| (Specify) | $ |
| Installment payments: (In Chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|                     Auto | $ 275.00 |
|                     Other | $ |
|                     Other | $ |
| Alimony, maintenance and support paid to others | $ |
| Payments for support of additional dependants not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ 1952.00 |

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ |
| B.  Total projected monthly expenses | $ |
| C.  Excess income (A minus B) | $ |
| D.  Total amount to be paid into plan each | $ |
|                                   (interval) | |

UNITED STATES BANKRUPTCY COURT                 DISTRICT OF

In re                                                  Debtor(s)        Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor Spouses filing a joint Petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question must be answered. If the answer to any question is `None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.
DEFINITIONS

"In business". A debtor is "in business for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider". The term "insider'" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any Person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor 11 U.S.C. º101(30).

[ ] None    **1. Income from Employment or Operation of Business**
State the gross amount of income the debtor has received from employment, trade, or profession, or firm operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE if more than one).

2003    $39,600.00

2002    $ 41,000.00

[X ] None    **2. Income Other than from Employment or Operation of Business**
State the amount of income neceived by the debtor other than from employment, trade, profession, or operation of the debtor's business during the twoyears immediately preceding the commencetnent of this case. Give particulars. If a joint petition is filed, state income for each spouse separately Matried debtors filing under chapter 12 r chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE.

**3. Payments to Creditors**
[ X ] None    a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

[X ] None    b. List all payments made within one year immediately proceeding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under Chapter 12 or Chapter 13 must include payments by either or both pouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits, Exeeulions, Garnishments and Attachments**
[X ] None    a. List all suits to which the debtor is or was a party vithin one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a Joint Petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT and LOCATION and STATUS OR DISPOSITION.

[X] None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

[X] None    **5. Repossessions, Foreclosures, and Returns**
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

**6. Assignments and Receiverships**
[X] None    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

[X] None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

[X] None    **7. Gifts**
List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP To DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

[X] None    **8. Losses**

List all losses from fire, theft; other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

[ ] None    **9. Payments Related to Debt Counseling or Bankruptcy**
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.
Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

The Law Offices of Ilene F. Goldstein, Chartered

$991.00

[ X] None    **10. Other Transfers**
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, DESCRIPTION OF PROPERTY TRANSFERRED AND VALUE RECEIVED.

[ ] None  **11. Closed Financial Accounts**
List all financial accounts and instruments held in the name of the

debtor or for the benefit of the debtor which were closed, sold. or

otherwise transferred within one year immediately preceding the com-
mencement of this case. Include checking, savings, or other financial
accounts, certificates of deposit, or other instruments; shares
and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial in-
stitutions, (Married debtors fling under chapter nor chapter 12 or 13
must include information concerning accounts or instruments held by or
for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF
ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE
OF SALE OR CLOSING.

Bank One   06/03

TCF Bank   02/04

[ X ] None  **12. Safe Deposit Boxes**
List each sale deposit or other box or depository in which the deb-
or has or had securities, cash, or other valuables within one year
immediately preceding the commencement of this case. (Married deb-
tors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not
filed.)
Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND
ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION
OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

[X ] None  **13. Setoffs**
List all setoffs made by any creditor; including a bank, against a debt
or deposit of the debtor within 90 days preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13
include information concerning either or both spouses whether or not
a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)
Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and
AMOUNT OF SETOFF.

[ X ] None  **14. Property Held for Another Person**
List all property owned by another person that the debtor holds or
controls.
Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF
PROPERTY and LOCATION OF PROPERTY.

[ ] None  **15. Prior Address of Debtor**
If the debtor has moved within the two years immediately preceding

the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement
if this case. If a joint petition is filed, report also any separate ad-
less of either spouse.
Give ADDRESS. NAME USED - DATES OF OCCUPANCY.

1324 w Huron 1R
Chicago, IL 60626

238 Lluewyn
Highwood, IL. 60040

220 Evolution
Highwood, IL.60040

The following questions are to be completed as shown below.*
**16. Nature, Location and Name of Business***
[ X] None  a. If the debtor is an individual, list the names and add-
resses of all businesses in which the debtor was an officer, direc-
or, partner, or managing executive of a corporation, partnership,
sole proprietorship or was a self-employed professional within the
two years immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or
equity securities within the two years immediately preceding the com-
mencement of this case.

b. If the debtor is a partnership, list the names and addresses of all
businesses in which the debtor was a partner or owned 5 percent
or more of the voting securities, within the two years immediately
preceding the commencement of this case.

c. If the debtor is a corporation,  list the names and addresses of all
businesses in which the debtor was a partner or owned 5 percent or
more of the voting securities within the two years immediately preceding
the commencement of this case.
Give NAME. ADDRESS, NATURE OF BUSINESS and BEGINNING AND ENDING
DATES OF OPERATION.

**17. Books, Records, and Financial Statements**

[ ] None  a. List all bookkeepers and accountants who within the
six years immediately preceding the filing of this bankruptcy case

In Debtor's possession

kept  or supervised the keeping of books of account and records of
he debtor.
Give NAME AND ADDRESS and DATES SERVICES RENDERED.

*These questions are to be completed by every debtor that is a Corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.
*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

**UNITED STATES BANKRUPTCY CODE**                    **DISTRICT OF**

re Henry Waldman                         Debtor(s)          Case No.              (If Known)

## STATEMENT
Pursuant to rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

  (1) The undersigned is the attorney for the debtor(s) in this case.
  (2) the compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
     (a) for legal services rendered or to be rendered in contemplation of and in connection
       with this case                                                                  $.991.00.........................
     (b) prior to filing this statement, debtor(s) have paid                          $..991.00.........................
     (c) the unpaid balance due and payable is                                        $..0.........................
  (3) $209.00                                of the filing fee in this case has been paid.
  (4) The services rendered or to be rendered include the following:
     (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in
       determining whether to file a petition under Title 11 of the United States Code.
     (b) preparation and filing of the petition, schedules, statement of affairs and other documents
       required by the court.
     (c) representation of the debtor(s) at the meeting of creditors.

  (5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
     services performed, and

  (6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be
     from earnings, wages and compensation for services performed, and

  (7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

  (8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law
     firm, any compensation paid or to be paid except as follows:

Dated:                          Respectfully submitted, *Ilene F. Goldstein* Attorney for Petitioner

*Ilene F. Goldstein*
*THE LAW OFFICES OF ILENE F.GOLDSTEIN, CHARTERED*
*425 Huehl Road, Suite 16B*
*(847) 498-9595*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Case No. _____

In re:_____

Chapter _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the Debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

   *a. Property to Be Surrendered*

   Description of Property                    Creditor's Name

1. 98 Mitsubishi                          Mitsubishi Motors Credit of America

2.

3.

4.

   *b. Property to Be Retained (Check applicable statement of Debtor's intention confirming reaffirmation, redemption, or lien avoidance.)*

| Description of property | Creditor's Name | Debt will be reaffirmed pursuant to §524(c) | Property is claimed as exempt and will be redeemed pursuant to §722 | Lien will be avoided pursuant to §552(f) and property will be claimed exempt |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

3. I understand that §521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the Court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date: June 03, 2004

_____
Signature of Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                )      Case No.
                                       )
Henry J. Waldman                       )      Chapter 7
                                       )
            Debtor(s),                 )      Hon.

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors:                          <u>27</u>

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the

best of my (our) knowledge

_____

Signature of Claimant                  Date

_____

Signature of Claimant                  Date

ACCOUNT NO.10004048686009001
Mitsubishi Motors of America Inc
PO Box 0555
Carol Stream, IL. 60132-0555

AFSCME Mastercard
PO Box 17051
Baltimore, MD. 21297-1051

Armor Systems Corp.
2322 N. Green Bay Road
Waukegan, IL. 60087

ACCOUNT NO.
Michael Barnett
805 Thackey
Highland Park, IL. 60035

ACCOUNT NO.  4305722094448746
Capitol One
PO Box 60000
Seattle, WA. 98190-6000

ACCOUNT NO. 5291492174532628
Capitol One
PO Box 60000
Seattle, WA. 98190-6000

ACCOUNT NO.5291492174532628
Triadvantage
1160Centre Pointe Drive Suite 1
Mendota Heights, MN. 55120

ACCOUNT NO.7189121
Collection Company of America
PO Box 608
Tinley Park, IL. 60477

ACCOUNT NO.010100008798100560030949
Comcast Cable c/o Credit Protection
 PO Box 173885
Denver, CO. 80217-3885

ACCOUNT NO.  7207564
Harvard Collection Services INC.
4839 Elston Ave
Chicago, IL. 60630-2534

ACCOUNT NO.
Mary Garner
220 Evolution
Highwood, IL. 60040

ACCOUNT NO.3851812
Hinkley Spring Water Co.
PO. Box 1888
Bedford park, IL. 60499-1888

ACCOUNT NO MA0697466.
International Readers League of Deefield BeachINC.
PO Box 1188
Deerfield Beach, FL. 33443-1188

ACCOUNT NO.  161G
Barry M. Karlov D.D.S.
1535 Lake Cook Road Suite 107
Northbrook, IL. 60062

ACCOUNT NO. 0500033992612
Peoples Energy
PO. Box 0
Chicago, IL. 60690-3991

ACCOUNT NO. 4559508218292042
Providian Processing Service
PO. Box 660548
Dallas, Tx. 75266-0548

ACCOUNT NO.
Notice Only
Helene Waldman
1456 Glencoe
Highland Park, IL. 60035

ACCOUNT NO.
Mark Remer
6307 Rockhurst drive
San Diego, CA.

ACCOUNT NO.
Scott Schumer
36 Scott Loop
Highland Park, IL. 60035

Terry Abrahamson
840 Hutchinson
Chicago, IL. 60613

Michael E. Sturch
1440 N State Parkway Apt. 19C
Chicago, IL.60610

Retailers National Bank
PO. Box 59231
Minneapolis, MN. 55459-0231

Eva Waldman
750 N. Dearborn Apt. 1011
Chicago, IL. 60610

Jeffery Waldman
617 N. Dickens Ave.
Chicago, IL. 60614

Donald Wilson
10310 Rosemount Court
Ft. Meyers, FL

Focus Receivables Management LLC
PO Box 725069
Atlanta, GA. 31139

Terry and Mindy Zis
2134 N Winchester
Chicago, IL.

Terry Abrahamson
840 Hutchinson
Chicago, IL. 60613