# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | **CHAPTER 7** | |
| | ) | | |
| WALDMAN, HENRY J | ) | **CASE NO. 04-21787** | |
| | ) | | |
| Debtor(s) | ) | **Hon. A. BENJAMIN GOLDGAR** | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

> At:      Park City Branch Court, Courtroom B, 301 Greenleaf Ave., Park City, Illinois 60085

> On: **June 5, 2009**                     Time:  **2:00 p.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $27,504.97 |
| Disbursements | $0.00 |
| Net Cash Available for Distribution | $27,504.97 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joel A. Schechter TRUSTEE | $0.00 | $3,500.50 | $0.00 |
| JOEL A. SCHECHTER TRUSTEE ATTORNEY | $0.00 | $11,657.50 | $172.84 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.     Claims of general unsecured creditors totaling $14,050.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 85.58% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | MARK F REMER | $2,500.00 | $2,139.52 |
| 4 | BARRY M KARLOV DDS | $4,050.00 | $3,466.03 |
| 5 | MICHAEL E. STURCH | $7,500.00 | $6,418.58 |

8.     Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.    Debtor has  been discharged.

11.    The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CASH | $20.00 |
| BANK ACCOUNT | $100.00 |
| HOUSEHOLD FURNITURE | $200.00 |
| BOOK AND PICTURES | $100.00 |
| CLOTHING | $50.00 |
| RETIREMENT ACCOUNT | $1,839.00 |
| 1998 Mitsubishi | $2,135.00 |

Dated:  **April 28, 2009**                                      For the Court,


By:   **KENNETH S. GARDNER**
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street; 7th Floor
        Chicago, IL 60604

Trustee:        Joel A. Schechter
Address:        53 West Jackson
                Suite 1025
                Chicago, IL  60604
Phone No.:      (312) 332-0267

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Apr 28, 2009
Case: 04-21787               Form ID: pdf002          Total Served: 35
```

The following entities were served by first class mail on Apr 30, 2009.
```
db              +Henry J Waldman,    499 College Road,    Lake Forest, IL 60045-2317
aty             +425 Huehl Road   Suite 16b,   Northbrook, IL 60062-2366
aty             +Joel A Schechter,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
                 Chicago, IL 60604-3650
aty             +Mark A. Locascio,    Mark A. Locascio, Ltd.,    450 Skokie Blvd.  # 502,
                 Northbrook, IL 60062-7913
tr              +Joel A Schechter, ESQ.,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1025,
                 Chicago, IL 60604-3650
8158116          ACCOUNT NO MA0697466.,    International Readers League of Deefield,    PO Box 1188,
                 Deerfield Beach, FL. 33443-1188
8158121         +ACCOUNT NO.,    Mark Remer,    6307 Rockhurst drive,    San Diego, CA. 92120-3802
8158122         +ACCOUNT NO.,    Scott Schumer,    36 Scott Loop,    Highland Park, IL 60035-5906,    ->
8158107         +ACCOUNT NO.,    Michael Barnett,    805 Thackey,    Highland Park, IL 60035-4052
8158120         +ACCOUNT NO.,    Notice Only,    Helene Waldman,    1456 Glencoe,    Highland Park, IL 60035-3664
8158114         +ACCOUNT NO.,    Mary Garner,    220 Evolution,    Highwood, IL 60040-1604
8158117         +ACCOUNT NO. 161G,    Barry M. Karlov D.D.S.,    1535 Lake Cook Road Suite 107,
                 Northbrook, IL 60062-1450
8158108          ACCOUNT NO. 4305722094448746,    Capitol One,    PO Box 60000,    Seattle, WA. 98190-6000
8158113         +ACCOUNT NO. 7207564,    Harvard Collection Services INC.,    4839 Elston Ave,
                 Chicago, IL 60630-2589
8158118          ACCOUNT NO. 0500033992612,    Peoples Energy,    PO. Box 0,    Chicago, IL. 60690-3991
8158119          ACCOUNT NO. 455950821829 2042,    Providian Processing Service,    PO. Box 660548,
                 Dallas, Tx. 75266-0548
8158109          ACCOUNT NO. 5291492174532628,    Capitol One,    PO Box 60000,    Seattle, WA. 98190-6000
8158112          ACCOUNT NO.0101000008798100560030949,    Comcast Cable c/o Credit Protection,    PO Box 173885,
                 Denver, CO. 80217-3885
8158104          ACCOUNT NO.10004048686009001,    Mitsubishi Motors of America Inc,    PO Box 0555,
                 Carol Stream, IL. 60132-0555
8158115          ACCOUNT NO. 3851812,    Hinkley Spring Water Co.,    PO. Box 1888,    Bedford park, IL. 60499-1888
8158110         +ACCOUNT NO.5291492174532628,    Triadvantage,    1160Centre Pointe Drive Suite 1,
                 Mendota Heights, MN 55120-1270
8158111         +ACCOUNT NO.7189121,    Collection Company of America,    PO Box 608,    Tinley Park, IL 60477-0608
8158105          AFSCME Mastercard,    PO Box 17051,    Baltimore, MD. 21297-1051
12578322        +Barry M Karlov DDS,    1281 Ferndale Ave,    Highland Park, IL 60035-2915
8158127         +Donald Wilson,    10310 Rosemount Court,    Ft. Meyers, FL 33908-2837
8158125         +Eva Waldman,    750 N. Dearborn Apt. 1011,    Chicago, IL 60654-5366
8158128         +Focus Receivables Management LLC,    PO Box 725069,    Atlanta, GA 31139-2069
8158126         +Jeffery Waldman,    617 N. Dickens Ave.,    Chicago, IL 60614-4401
12571671        +Mark F Remer,    6307 Rockhurst Drive,    San Diego, CA 92120-3802
8158123         +Michael E. Sturch,    1440 N State Parkway Apt.,    Chicago, IL 60610-1564
12571884        +MichaelJ Caravello,    Law Office Diambri & Caravello,    300 Green Bay Road,
                 Highwood, IL 60040-1305
8158124          Retailers National Bank,    PO. Box 59231,    Minneapolis, MN. 55459-0231
8158130         +Terry Abrahamson,    840 Hutchinson,    Chicago, IL 60613-1617
8158129         +Terry and Mindy Zis,    2134 N Winchester,    Chicago, IL. 60614-3915
```

The following entities were served by electronic transmission on Apr 29, 2009.
```
8158106         +E-mail/Text: RBALTAZAR@ARMORSYS.COM                         Armor Systems Corp.,
                 2322 N. Green Bay Road,   Waukegan, IL 60087-4209
                                                                                       TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 30, 2009**          **Signature:**   *Joseph Speetjens*