# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | **June 5, 2009** |
| **Bankruptcy Case** | 04 B 21787 | **Adversary No.** | |
| **Title of Case** | Henry J. Waldman | | |

**Brief Statement of Motion**   Trustee's Final Report and Account

**Names and Addresses of moving counsel**   Joel A. Schechter

**Representing**   Trustee

## ORDER

**Debtor's written objection to Trustee's Final Report is due on or before July 6, 2009.**

**Reply is due on or before July 24, 2009.**

**Status is set for August 7, 2009 at 2:00 p.m.**