Joel A. Schechter　TRUSTEE
53 W. Jackson Blvd. #1025
Chicago, IL 60604

04-21787

**FILED**
JUL - 6 2009
Judge A. Benjamin Goldgar
United States Bankruptcy Court

OBJECTIONS:

No claims were filed even though counsel Schechter kept soliciting them as trustee

Homestead was never objected by trustee on my orinigal filing date which my atty. Ilene Goldstien listed on my Chap. 7. Due $7,500.00 on homestead act

Trustee came to Sept 5th hearing with my ex wife

My atty, Ilene Goldstien who filed my Chapter 7 she thought Joel Schechter was overbiling me because he was no longer a trustee in Lake County and had cancer and was trying to make more money off me.

My orinigal atty. Ilene Goldstien said because of her health issues

she wouldn't be attending any hearing

Judge GADGAR allowed 2 claims 24 hrs before hearing which were due by December 2007. Trustee never gave copies to my 2 new attorney's or me.

Henry J. Waldman

*Henry J.*

*Henry J.*

SIGNED AND SWORN
BEFORE ME JUL 06 2009

*George J Tagler*

OFFICIAL SEAL
GEORGE J TAGLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/07/12